ROBERTS *v.* COCKE; from Buncombe.    Dismissed Dec, 17th, for failure to file appeal bond.

WILLIAMSON *v.* COCKE ; from Buncombe.    Motion of plaintiff for new trial on the ground that the trial judge died before making out the case on appeal, allowed Dec. 17th.